[No. 10293-1-I.   Division One.   May 9, 1983.]

MIAMI SUPPLY, INC., *Respondent,* v. JEFF BAKER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-05811-8, David W. Soukup, J., entered April 21, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Scholfield, J.

[No. 10309-1-I.   Division One.   May 9, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ERICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-1-01103-5, Stuart C. French, J., entered April 15, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 11151-5-I.   Division One.   May 9, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD N. CURTIS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00435-5, Daniel T. Kershner, J., entered November 30, 1981. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Corbett, J., concurred in by Williams and Ringold, JJ.